**No. P68/92.**—Northern Screw Corp. et al. *v.* United States, protests 60/9409, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain cabinet locks under 1½ inches in width similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 28, 1968

**No. P68/93.**—J. W. Hampton, Jr., & Co. of Phila. et al. *v.* United States, protests 62/7956, etc. (Philadelphia).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of slags of the same kind in all material respects as the merchandise the subject of *Union Carbide Corporation* v. *United States* (55 Cust. Ct. 147, C.D. 2565) and *Philipp Bros., Inc.* v. *United States* (49 Cust. Ct. 192, Abstract 66939), the claim of the plaintiffs was sustained.

**No. P68/94.**—Hosoda Bros. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 66/125, etc. (San Francisco).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Ramen and similar styled alimentary pastes containing eggs or egg products similar in all material respects to those the subject of *Fujii Junichi Shoten, Ltd., et al.* v. *United States* (54 Cust. Ct. 277, C.D. 2544), the claim of the plaintiffs was sustained.